UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE PARISH OF PLAQUEMINES | CIVIL ACTION |
| v. | NO. 18-5217 |
| RIVERWOOD PRODUCTION CO., ET AL. | SECTION "F" |

ORDER

Due to a conflict on the Court's calendar, IT IS ORDERED: that the oral hearing scheduled for March 20, 2019 on the plaintiffs' motions to remand is hereby continued to April 10, 2019, at 10:00 a.m.  Each side shall have 30 minutes for argument.

New Orleans, Louisiana, March 12, 2019

_____

MARTIN L. C. FELDMAN

UNITED STATES DISTRICT JUDGE

1