UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE PARISH OF PLAQUEMINES,** | * | **CIVIL ACTION** |
| | * | **NO. 2:18-CV-05217** |
| Plaintiff, | * | |
| | * | |
| | * | **JUDGE MARTIN L.C.** |
| **VERSUS** | * | **FELDMAN** |
| | * | |
| **RIVERWOOD PRODUCTION** | * | **MAGISTRATE JUDGE** |
| **COMPANY, CHEVRON U.S.A. INC.,** | * | **MICHAEL NORTH** |
| **EXXON MOBIL CORPORATION,** | * | |
| **CONOCOPHILLIPS COMPANY, THE** | * | |
| **ESTATE OF WILLIAM G. HELIS, AND** | * | |
| **GRAHAM ROYALTY, LTD.,** | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the Ex Parte/Consent Motion for Expedited Consideration of Motion to Stay Remand Order Pending Appeal and to Set Briefing Schedule, filed by Defendants Chevron U.S.A. Inc., Exxon Mobil Corporation, and ConocoPhillips Company,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants' Motion to Stay Remand Order Pending Appeal and to Set Briefing Schedule be and hereby is GRANTED.

IT IS FURTHER ORDERED THAT Plaintiffs' Opposition shall be due no later than June 5, 2019, Defendants' reply shall be due no later than June 10, 2019;

IT IS FURTHER ORDERED THAT Defendants' Motion to Stay Remand Order Pending Appeal shall be submitted for consideration on June 10, 2019.

This __29th__ day of _____May_____, 2019

_____
District Judge