UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF PLAQUEMINES, | * | CIVIL ACTION |
| | * | NO. 2:18-CV-05217 |
| Plaintiff, | * | |
| | * | JUDGE MARTIN L.C. |
| VERSUS | * | FELDMAN |
| | * | |
| RIVERWOOD PRODUCTION | * | MAGISTRATE JUDGE |
| COMPANY, CHEVRON U.S.A. INC., | * | MICHAEL NORTH |
| EXXON MOBIL CORPORATION, | * | |
| CONOCOPHILLIPS COMPANY, THE | * | |
| ESTATE OF WILLIAM G. HELIS, AND | * | |
| GRAHAM ROYALTY, LTD., | * | |
| | * | |
| Defendants. | * | |

**Order Granting Motion to Stay Remand Order Pending Appeal**

After considering Defendants' Motion to Stay Remand Order Pending Appeal, the response, and the relevant authorities, the Court GRANTS the motion.

IT IS ORDERED that this Court's Order granting Plaintiffs' Motion to Remand (Dkt. 79) is stayed until further order of this Court.

New Orleans, Louisiana, this 11th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE