UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PLAQUEMINES PARISH | * | CIVIL ACTION |
| VERSUS | * | NO. 18-5217-WBV-MBN |
| RIVERWOOD PRODUCTION COMPANY, INC., ET AL. | * | SECTION 'D' |

## ORDER OF RECUSAL

In accordance with Title 28, Section 455, of the U.S. Code and Canon 3 of the Code of Conduct for the United States Judges, the undersigned hereby disqualifies herself from handling this matter. Accordingly,

IT IS ORDERED that the Clerk of Court reallot this matter to another Section of this Court.

New Orleans, Louisiana, this 4th day of February, 2022.

REALLOTTED TO
**SECT. M**
February 4, 2022

_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE