**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

THE PARISH OF PLAQUEMINES     *     **CIVIL ACTION: 2:18-CV-05217**
                                       *

**VERSUS**                                 *     **JUDGE VANCE**
                                         *

**RIVERWOOD PRODUCTION CO., et al.**     *     **MAGISTRATE NORTH**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiffs and Plaintiffs-Intervenors submit this notice to advise the Court of the recent decisions in *Cnty. of San Mateo v. Chevron Corp.*, 2022 WL 1151275 (9th Cir.2022) and *Box v. PetroTel, Inc.*, 21-10686, 2022 WL 1237603 (5th Cir. Apr. 27, 2022).  In *Cnty. of San Mateo,* the plaintiffs brought state-court actions against several energy companies for nuisance, negligence, products liability, and trespass, alleging that the defendants' production and promotion of fossil fuels caused or contributed to global warming inducing a rise in sea level.  Defendants removed, alleging several grounds of federal jurisdiction, including federal officer jurisdiction. The Ninth Circuit granted remand, finding that a person is not "acting under" a federal officer when he "supplies it with widely available commercial products or services," and that the defendants were not performing a job that, in the absence of a contract with a private firm, the Government itself would have had to perform. *Cnty. of San Mateo, supra*, at \*13. In *Box,* the plaintiff sued defendants in Texas state court, alleging that they breached an oral contract to compensate him for helping to raise funds for an oil and gas project in Oman. Defendants removed on grounds of federal officer jurisdiction, alleging that they "acted under" a federal agency by partnering with the United States International Development Finance Corporation to raise funds for the project.  The district court ordered remand, and the Fifth Circuit affirmed. The Fifth Circuit squarely rejected Box's reliance on the *Caver* and *Butler* cases cited by Defendants in this case in their opposition to Plaintiffs' motion for reconsideration (see Doc.

151, ECF p. 14).  The Fifth Circuit found that "there is no indication that the government itself would have to drill for hydrocarbons in Oman absent the PetroTel–DFC partnership." 2022 WL 1237603, at *5.  Similarly in the present case, there is no evidence in the record that the government would have had to drill for oil in the absence of the minimal governmental materials regulations that form the frivolous basis of Defendants' federal officer removal allegations. Defendants have failed to show a likelihood of success on appeal.  This case has no business being in federal court.

*By Attorneys for Plaintiff, the Parish of Plaquemines and State of Louisiana, ex rel., Parish of Plaquemines:*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991'
Fax: (225) 448-2568

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA
& TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

W. Peter Connick (14158)
CONNICK AND CONNICK
3421 N. Causeway Blvd., Ste. 408
Metairie, LA 70002
Telephone: (504) 838-8777
Fax: (504) 838-9903

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin, (20191)
Scott O. Gaspard (23747)
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407
Fax: (504) 287-0447

By: */s/Victor L. Marcello (9252)*

*By Attorneys for Intervenor-Plaintiff, the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris:*

J. Blake Canfield (30426)
Executive Counsel
Donald W. Price (19452)
Special Counsel
DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804

By: */s/ Donald W. Price (19452)*

*By Attorneys for Intervenor-Plaintiff, the State of Louisiana, Ex Rel. Jeff Landry Attorney General:*

Ryan M. Seidemann, (28991)
Wilbur L. Stiles, III, (27654)
Assistant Attorneys General
Louisiana Department of Justice
1185 North 3rd Street
Baton Rouge, LA 70802
Telephone: (225) 326-6085
Fax: (225) 326-6099

By: */s/ Ryan M. Seidemann (28991)*