UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLAQUEMINES PARISH                                              CIVIL ACTION

VERSUS                                                                      NO. 18-5217

RIVERWOOD PRODUCTION CO.,                           SECTION "R" (5)
INC., ET AL.

## ORDER AND REASONS

On January 11, 2022, the Court issued an Order and Reasons granting plaintiff and plaintiff-intervenor's motion to remand this case to state court. *Plaquemines Par. v. Riverwood Prod. Co.*, No. 18-5217, 2022 WL 101401, at *10 (E.D. La. Jan. 11, 2022). But the Court subsequently stayed the execution of its order while the United States Court of Appeals for the Fifth Circuit was considering defendants' appeal. *See Plaquemines Par. v. Riverwood Prod. Co.*, No. 18-5217, 2022 WL 843118, at *3 (E.D. La. Mar. 22, 2022). Now, the Fifth Circuit has affirmed the Court's decision to remand this case to state court and denied the relief sought by defendants. *See Plaquemines Par. v. Chevron USA, Inc.*, No. 22-30055, 2022 WL 9914869 (5th Cir. Oct. 17, 2022). As a result, this matter must be remanded because "[t]here is no removal jurisdiction in this case." *Id.* at *2.

Accordingly, it is ordered that the above-captioned case is REMANDED to the 25th Judicial District Court for the Parish of Plaquemines.

New Orleans, Louisiana, this __19th__ day of December, 2022.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE